**STATEMENT OF FACTS**

On Tuesday, November 17, 2020, at approximately 3:10 p.m., members of the Metropolitan Police Department (MPD) Fifth District were on patrol in the rear of 1433 Montana Avenue Northeast in Washington, D.C. when they heard the sounds of multiple gunshots in the area. Officers began to canvass and were flagged down by a witness (IT). IT pointed out an individual, later identified as Traquan Graham (Defendant Graham), that IT stated defendant was running with a firearm in his hand. Defendant Graham was stopped. A protective pat down was conducted and a firearm was recovered from the groin area of Defendant Graham. Defendant Graham was placed under arrest. Search incident to arrest, officers recovered an additional firearm magazine from the waistband of Defendant Graham.

Officers were able to view surveillance video from a crime camera at the intersection of 14th Street and Montana Avenue Northeast. In the video at the time of the sounds of gunshots, Defendant Graham is seen extending his arm in a manner consistent with a shooting stance. Defendant Graham is seen reacting in a manner consistent with absorbing the recoil from discharging a handgun. Graham then runs southbound where he is later detained by officers, but this interaction with officers is out of camera view.

The firearm that recovered was determined to be a Glock, model 21, .45 caliber handgun with a serial number of DHG494. When it was recovered, it was loaded with one (1) round in the chamber and twenty-five (25) rounds in a high capacity magazine. Additionally, a ten (10) round capacity magazine, loaded with nine (9) rounds of 9 millimeter ammunition was recovered from the person of the defendant. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

A criminal history check of Defendant Graham through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Robbery in the Superior Court for the District of Columbia, case number 2012 CF3 18905. The defendant was sentenced to twenty-four (24) months of incarceration for this offense. This conviction in the Superior Court for the District of Columbia was under the Youth Rehabilitation Act; however, it was not successfully completed and Defendant Graham did not receive the benefits of the Youth Rehabilitation Act for this conviction. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

*Emmanuel D Rodriguez*
OFFICER EMMANUEL RODRIGUEZ
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of November, 2020.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-233
Assigned to: Judge Zia M. Faruqui
Assign Date: 11/18/2020
Description: COMPLAINT W/ARREST WARRANT